DARIN D. SMITH
United States Attorney
JEREMY A. GROSS (WY Bar # 7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
jeremy.gross@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-CV-00151-KHR |
| 4.08 BITCOIN; and | ) |
| $535.20 IN U.S. CURRENCY | ) |
| Defendants. | ) |

## UNITED STATES OF AMERICA'S MOTION FOR CLERK'S ENTRY OF DEFAULT

To:     The Clerk of Court

The United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jeremy A. Gross, in response to the Court's Order requesting a status report (Doc. 9), and pursuant to Fed. R. Civ. P. 55(a), moves for an entry of default against the following defendant assets:

a)  4.08 BITCOIN; and

b)  $535.20 U.S. CURRENCY (collectively, "Defendant Property").

In support of this request, the United States represents as follows:

1. Rule 55(a) states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

2. On June 26, 2025, pursuant to 18 U.S.C. § 981(a)(1)(A) and (c), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Verified Complaint for Forfeiture in Rem* against the above captioned Defendant Property. (Doc. 1). All the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture. (*Id.*).

3. On June 27, 2025, the United States sent direct notice of the Verified Complaint for Forfeiture and the Warrant of Arrest In Rem, along with a copy of the Verified Complaint, via regular mail and Fed Ex, to all persons who reasonably appeared to be potential claimants pursuant to Supplemental Rule G(4)(b).

4. On December 2, 2025, pursuant to Supplemental Rule G(4)(a), the United States filed a Declaration of Publication stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 13, 2025. (Doc. 8).

5. To date, no claim, answer, or other responsive pleading has been filed regarding the Defendant Property. The time for any other potential claimant to file has since expired. Rule G(4)(b)(ii), (5)(a)(ii), 5(b).

## Conclusion

WHEREFORE, the United States respectfully requests that the Clerk of Court enter default against the above captioned Defendant Property.

I, Assistant United States Attorney Jeremy A. Gross verify under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of March 2026.

DARIN D. SMITH
United States Attorney

By: _/s/ Jeremy A. Gross_
JEREMY A. GROSS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certified that on this 6th day of March 2026, a true copy of the above *United States of America's Motion for Clerk's Entry of Default* was mailed via regular mail to:

Linda Poyer
5852 Dolphin Drive
Orlando, FL 32822

*/s/ Kebin Haller*
U.S. Attorney's Office

## VERIFICATION

I, Kebin Haller, an Asset Forfeiture Analyst Contractor with the Plaintiff, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that on June 27, 2025, I sent direct notice of the Verified Complaint for Forfeiture In Rem, along with a copy of the Verified Complaint for Forfeiture In Rem and the Warrant of Arrest In Rem, via regular mail and Fed Ex, to all persons who reasonably appeared to be potential claimants pursuant to Supplemental Rule G(4)(b).

Executed on this 6th day of March 2026.

/s/ *Kebin Haller*
Kebin Haller
Contractor U.S. Attorney's Office, District of Wyoming