**FILED**

10:16 am, 4/14/26

**Margaret Botkins**
**Clerk of Court**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 4.08 BITCOIN; and | ) | Case No. 2:25-CV-00151-KHR |
| | ) | |
| $535.20 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendants. | ) | |

---

### DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the *United States of America's Motion for Default Judgment and Final Order of Forfeiture*. The Court, having reviewed the motion FINDS that:

1. The United States commenced this civil forfeiture action pursuant to Supplemental Rule G(2) of the Federal Rules of Civil Procedure and 18 U.S.C. § 981(a)(1)(A) and (C). (Doc. 1).

2. The facts and verification set forth in the Verified Complaint for Forfeiture in Rem provide probable cause and ample basis by a preponderance of the evidence for a final judgement and order of forfeiture as to Defendant Property.

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 8). No claim or answer has been filed in this case.

4. The time for filing a potential claim has expired under Rule G(4)(b)(ii),

(5)(a)(ii), and (5)(b).

5.  Entry of Default was entered by the Clerk of the Court on March 9, 2026. (Doc. 11).

IT IS THEREFORE ORDERED that a Default Judgment and Final Order of Forfeiture, including all right, title, and interest is entered for the following Defendant Property:

a)  4.08 BITCOIN; and

b)  $535.20 U.S. CURRENCY (collectively, "Defendant Property").

IT IS FURTHER ORDERED the United States shall have full and legal title as to the Defendant Property and may dispose of said assets in accordance with law, and that the Clerk of Court is directed to enter Judgement as to the Defendant Property.

SO ORDERED this 14th day of April 2026.

KELLY H. RANKIN
Chief United States District Judge